RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for MARQUALE MACKEY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>MARQUALE MACKEY,<br><br>             Defendant. | Case No. 2:24-cr-00174-GMN-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Melinda Brewer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Allie Wilson, Assistant Federal Public Defender, counsel for Marquale Mackey, that the Sentencing hearing set for August 19, 2026, at 11:00 AM, be vacated and set to September 16, 2026, at 10:00 AM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. Counsel requests this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

3. Mr. Mackey is on bond and consents to the continuance. Specifically, Mr. Mackey was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4. This is the first request for continuance of the sentencing hearing.

DATED July 10, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Allie Wilson*
ALLIE WILSON
Assistant Federal Public Defender

TODD BLANCHE
Acting Attorney General

By */s/ Melinda Brewer*
MELINDA BREWER
Assistant United States Attorney

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for August 19, 2026, at 11:00 AM, be vacated and continued to September 16, 2026, at 10:00 AM.

DATED this __13__ day of July 2026.

_____
UNITED STATES DISTRICT JUDGE

3